IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PEGGY L. MCKNIGHT

        Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,
FAMILY DOLLAR, INC., and
FAMILY DOLLAR STORES OF WISCONSIN, INC.,

        Defendants.

Case No. 09-CV-713

## ORDER FOR DISMISSAL

The Court, taking note of the parties' stipulation to same, does hereby order this case dismissed, with prejudice, all parties bearing their own costs and attorney fees.

Entered this 28th day of April, 2010.

BY THE COURT:

WILLIAM M. CONLEY
District Judge